# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**JUDGMENT RENDERED JULY 31, 2023**

---

---

**NO. 03-23-00298-CV**

---

**Kathryn Ann Mullen, Appellant**

**v.**

**Judge Cody Henson; County Attorney Eddie Arrendondo; Tamera Tinney, Magistrate; Habib Erkan, City Prosecutor; and Sonny Macafee, City District Attorney, Appellees**

---

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY**
**BEFORE JUSTICES BAKER, TRIANA AND SMITH**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment signed by the trial court on May 10, 2023. Having reviewed the record, the Court holds that Kathryn Ann Mullen has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.